UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

FILED BY ___ D.C.

05 JUN 21 PM 5:16

R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| TONY X. CARRUTHERS, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | |
| v. | |
| WARDEN DAVID MILLS, et al., | CASE NO: 05-2242-B |
| Defendants. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Of Dismissal entered on June 20, 2005, this cause is hereby dismissed without prejudice.

APPROVED:

_[signature]_
J. DANIEL BREEN
UNITED STATES DISTRICT COURT

6/21/05
Date

**THOMAS M. GOULD**
_____
Clerk of Court

_[signature]_
(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on  6-22-05

//

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 2:05-CV-02242 was distributed by fax, mail, or direct printing on June 22, 2005 to the parties listed.

---

Tony Von Carruthers
WEST TENNESSEE STATE PRISON
139604
480 Green Chapel Road Rt 2
P.O. Box 1150
Henning, TN 38041

Honorable J. Breen
US DISTRICT COURT